IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION No. 1:24-CV-930

LAURA SAAVEDRA FORERO,

    Plaintiff,

v.

F.W. HUMPHREY, in his individual and official capacities,

    Defendant.

**INDEX OF EXHIBITS**

1. Index of Exhibits
2. Civil Summons
3. Complaint